

FILED
December 5, 2017
Third Court of Appeals
Jeffrey D. Kyle
Clerk



RECEIVED
DEC 0 5 2017
THIRD COURT OF APPEALS
JEFFREY D. KYLE

CAUSE NO. 03-17-00708-CV

| | | |
|---|---|---|
| RON VALENTINE, SR. | * | IN THE THIRD DISTRICT |
| Appellant | * | |
| Vs. | * | COURT OF APPEALS |
| JEREMY JAGODZINSKI and | * | TRAVIS COUNTY, TEXAS |
| CHRISTI GREENE | | |

MOTION TO VACATE DECISION OF THE COURT

TO THE COURT:

Appellant motions to vacate the opinion of the court regarding indigence made on

11/15/2017. According to Rule 20.1 (j)(4) T.R.A.P, the Court was untimely in its

decision. The Court decided in excess of the 10 day requirement. By operation of law, the

appellant's motion must be granted.

Thank You,

Ron Valentine

## Certificate of Conference

Valentine has attempted to confer with the party of interest but there was no reply.

Ron Valentine

## Certificate of Service

Valentine delivers this document via hand delivery to Earl Vickery at 3007 Dancy St Austin, TX 78722 on November 30, 2017, 2017

Ron Valentine



**FedEx Office.**

Address:          6406 N I H 35
                  AUSTIN
                  TX 78752
Location:         MMRKK
Device ID:        -BTC01
Transaction:      900182506100

FedEx Ground
  788705747613    0.1 lbs. (S)      $9.23
      Declared Value   0


MailrYstrdayNews6x10
  040036567863          1  (T)       $0.99

          Shipment subtotal:        $9.23
  Merchandise taxable subtotal:     $0.99
             Tax(TX): 6.25%         $0.06
             Tax(City): 2%          $0.02


             Total Due:            $10.30


        (K) CreditCard:            $10.30



                DUPLICATE



        M = Weight entered manually
        S = Weight read from scale
        T = Taxable item

    Terms and Conditions apply.  See
    fedex.com/us/service-guide for details.


        Visit us at: fedex.com
        Or call 1.800.GoFedEx
           1.800.463.3339

        Nov 30, 2017 6:42:26 PM


        ********* WE LISTEN *********
          Tell us how we're doing
    & receive a discount on your next order!
       fedex.com/welisten or 800-398-0242
           Redemption Code: _____

            *** Thank you ***



FROM: (512) 323-5045
Ronald Valentine
5506 AVENUE F
AUSTIN TX 78751
US

SHIP DATE: 01DEC17
ACTWGT: 0.10 LB
CAD: 6991761/SSF01822
DIMMED: 9 X 8 X 6 IN

TO THIRD COURT OF APPEALS
THIRD COURT OF APPEALS
209 W 14TH ST

AUSTIN TX 78701 (US)
(512) 463-1733    REF:
INV:
PO:                DEPT:

FedEx
Ground

G

TRK# 7887 0574 7613

78701

9622 0019 0 (000 000 0000) 0 00 7887 0574 7613